| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>COHN LIFLAND PEARLMAN<br> HERRMANN & KNOPF LLP<br>Attorneys for Debtor<br>Park 80 West-Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, New Jersey 07663<br>(201)845-9600<br>Our File: 39,574-0 | |
| In Re:<br><br>MAUREEN A. DEVINE,<br><br><br><br>                    Debtor. | Case No. 17-16939 (RG)<br><br>Chapter 13<br><br>Judge: Rosemary Gambardella<br><br>Hearing: November 1, 2017<br>Hearing Time: 10:30 a.m.<br><br>**CERTIFICATION IN RESPONSE TO U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S MOTION TO VACATE THE AUTOMATIC STAY** |

JEFFREY W. HERRMANN does hereby certify and say that:

1. I am a member of the firm Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys for Debtor, Maureen Devine.

2. I make this Certification in opposition to the motion to vacate stay filed by U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust ("Movant").

3. Debtor has been working in good faith to sell her property located at 296 Pequest Road, Andover, New Jersey (the "Property").

4. Movant holds a first lien on the Property that will be paid in full at closing.

5. Movant filed a Proof of Claim on August 14, 2017 [claim no. 10] with an amendment on September 21, 2017, indicating a balance due of $227,754.82. The proof of claim does not list a value for the Property.

6. Attached as **Exhibit "A"** is the MLS listing showing that the listing price on the property is currently $299,000 as of October 5, 2017.

7. The Property consists of a three bedroom, two bath contemporary house on almost 10 acres of land.

8. Debtor believes that the value of the property exceeds the amount owed to Movant and closing costs.

9. If Movant's motion is granted and a sheriff sale takes place, the property will likely be sold for less than fair market value and the equity in the Property will be lost.

10. For this reason Debtor requests an additional 90 days to sell the property.

11. Once an offer is tendered, it will be presented to the Court for approval on notice to all interested parties.

12. I certify under penalty of perjury that the foregoing is true and correct.

DATED: October 24, 2017

/s/Jeffrey W. Herrmann
JEFFREY W. HERRMANN

# EXHIBIT "A"

10/5/2017                                                                Print GSMLS

| Sussex* Green Twp.* (2808) | 296 Pequest Rd* | List Price: $299,900 |

**Residential Client Full Report**

| | MLS#: | 3401822 | Section: | | LP: | $299,900 |
| | Status: | Active | ZN: | | OLP: | $379,900 |
| | Rms: | 8 | GRS: | GREEN HLS | SP: | |
| | Bdrm: | 3 | MSJR: | GREEN HLS | LD: | 07/05/2017 |
| | FB: | 2 | HS: | NEWTON | UCD: | |
| | HB: | 0 | Acres: | 9.94* | CD: | |
| | ZIP: | 07821-2116* | LtSz: | 9.94 ACS* | ADM: | 91 |
| | RZIP: | | SqFt: | 1743 | DOM: | 92 |
| | Block: | 24* | CLR: | | SDA: | |
| | Lot: | 5* | CL: | No | | |
| | Unit #: | | GSMLS.com: | Yes | | |
| | Floor #: | | YB/Desc/Ren: | 2000 / Approximate / | | |
| | Bldg #: | | PSubType: | SinglFam | | |
| | FHA55+: | No | Style: | Contemporary | | |
| | Pets: | | | | | |

**Directions:** Route 206 to Brighton Road to Pequest Road to # 296
**Remarks:** A Wildlife Lover's Paradise! This 3 bed, 2 bath contemporary home with cedar siding is truly a home among nature set upon almost 10 acres and encompasses a large part of Turtle Pond. The main living and dining room areas have high ceilings with lots of windows. From the main living area, step out onto the large deck that lines 3 sides of the house. Walkout from the basement onto the large paver patio with stairs to the trail that goes right to Turtle Pond, the wildlife and the boat ramp, where you can launch a paddle boat, row boat or canoe. On the way, stop along the campfire site and watch the sunset. This home has plenty of storage space both inside and out. Use the outdoor wood burning boiler on those chilly nights as a secondary source of heat. Come and see natural beauty at it's best.

### INTERIOR

**Applncs:** Cooktop-Gas, Dishwasher
**Bsmnt:** Yes / Finished, Walkout
**Dine:** Living/Dining Combo
**Exclu:** Refrigerators, Washer/Dryer, Garage Door Openers, Microwave
**FirePl:** 1 / Gas Fireplace, Living Room
**Floor:** Carpeting, Tile

**Handicap Modified:**
**IntFeat:** High Ceilings, Jetted Tub, Skylight
**Kitch:** Not Eat-In Kitchen
**MastBr:**
**MstBath:**
**P-Use:**
**In-law Suite:** No/

### EXTERIOR / OTHER FEATURES

**Amnt:**
**Drive:** 6 / 2 Car Width, Additional Parking
**Exterior:** CedarSiding
**ExtFeat:** Deck, Dock, Outbuilding(s), Patio, Storage Shed

**Garage:** 2 / Attached Garage
**LotDesc:** Pond On Lot
**Pool:** No/
**Roof:** Asphalt Shingle

### ROOM DIMENSIONS

| LivRm: /First | DinRm: /First | Kitch: /First | Den: / | FamRm: / |
| Mstr: /Second | Bed2: /Second | Bed3: /Basement | Bed4: / | |
| Rec Room: /Basement | Laundry Room: /First | Den: /Basement | Storage Room: /Basement | |

**LevelB:** 1 Bedroom, Den, Rec Room, Storage Room, Utility Room
**LevelG:**
**Level1:** Bath(s) Other, Dining Room, Kitchen, Laundry Room, Living Room
**Level2:** 2 Bedrooms, Bath Main
**Level3:**
**OthLev:**
**Attic:**

### UTILITIES

**Heat:** Baseboard - Hotwater
**Cool:** Central Air
**Fuel:** Gas-PropaneLeased, OilTankAboveGround-Inside, Wood
**Service:**

**Sewer:** Septic
**Utilities:** Gas-Propane
**Water:** Well
**WtrHt:**

### FINANCIAL INFORMATION / TAX INFORMATION

| Taxes: $10,476 / 2016 | TaxRt: 3.469 / 2016 | BldAsmt: $176,600 | LndAsmt: $125,400 | TotAsmt: $302,000 |
| Fee: $ / | AppFee: $ | FarmAsm: No | HmWrnty: | OTP: Fee Simple |
| Other: $ / | Easement: Unknown / | | | |
| FeeIncl: | | | | |

Copyright, Garden State MLS, L.L.C.        **Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.**        SHANNON HARFORD