Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–16939–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maureen A. Devine
    296 Pequest Road
    Andover, NJ 07821

Social Security No.:
    xxx–xx–5433

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/15/17 at 09:00 AM

to consider and act upon the following:

*39* – Certification in Opposition to Trustee's Certification of Default (related document:36 Certification of Default of Standing Trustee. re: Fail to File Copy of Contract of Sale Report. Filed by Marie–Ann Greenberg. Objection deadline is 10/30/2017. (Attachments: # 1 Certification of Default Generic – Proposed Order) filed by Trustee Marie–Ann Greenberg) filed by Jeffrey W. Herrmann on behalf of Maureen A. Devine. (Herrmann, Jeffrey)

Dated: 10/25/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court