Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−16939−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maureen A. Devine
  296 Pequest Road
  Andover, NJ 07821

Social Security No.:
  xxx−xx−5433

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/6/17 at 10:30 AM

to consider and act upon the following:

*35* − Motion for Relief from Stay re: 296 Pequest Rd, Sussex Andover, NJ 07821. Fee Amount $ 181. Filed by Steven P. Kelly on behalf of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust. Hearing scheduled for 11/1/2017 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Proposed Order # 2 Memorandum of Law # 3 Certification # 4 Certificate of Service # 5 Exhibits) (Kelly, Steven)

Dated: 11/6/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court