Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−16939−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maureen A. Devine
   296 Pequest Road
   Andover, NJ 07821

Social Security No.:
   xxx−xx−5433

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/6/17 at 10:30 AM

to consider and act upon the following:

*35* − Motion for Relief from Stay re: 296 Pequest Rd, Sussex Andover, NJ 07821. Fee Amount $ 181. Filed by Steven P. Kelly on behalf of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust. Hearing scheduled for 11/1/2017 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Proposed Order # 2 Memorandum of Law # 3 Certification # 4 Certificate of Service # 5 Exhibits) (Kelly, Steven)

Dated: 11/6/17

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Maureen A. Devine  
    Debtor

Case No. 17-16939-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 06, 2017  
                     Form ID: ntchrgbk     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.
```
db             +Maureen A. Devine,    296 Pequest Road,    Andover, NJ 07821-2116
r              +Harford Real Estate,    55 Trinity Street,    Newton, NJ 07860-1824
cr             +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3400
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey W. Herrmann    on behalf of Debtor Maureen A. Devine jwh@njlawfirm.com,
               ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```