| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>COHN LIFLAND PEARLMAN<br> HERRMANN & KNOPF LLP<br>Attorneys for Debtor<br>Park 80 West-Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, New Jersey 07663<br>(201)845-9600<br>Our File: 39,574-0 | |
| In Re:<br><br>MAUREEN A. DEVINE,<br><br>      Debtor. | Case No. 17-16939 (RG)<br><br>Chapter 13<br><br>Judge: Rosemary Gambardella<br><br>Hearing Date: May 16, 2018<br>Hearing Time: 10:30 a.m.<br><br>**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY JPMORGAN CHASE BANK, N.A.** |

  MAUREEN DEVINE does hereby certify and say that:

  1. I am the Debtor in the above captioned matter and as such I am fully familiar with the facts herein.

  2. I make this Certification in Opposition to the Motion for Relief from Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Chase") pursuant to 11 U.S.C. §362.

  3. The motor vehicle upon which Chase has a lien is a 2010 GMC Terrain (the "Vehicle") that I purchased on October 12, 2013 for $25,307.28. I received a credit for a trade-in in the amount of $4,433.67 and financed $23,111.11 over a 66 month period. See

the New Jersey Retail Installment Contract attached as Exhibit "A" to the Chase Motion for Relief from Stay.

4.  I disagree with the valuation submitted by Chase.

5.  I believe the current value of the Vehicle is $3,000 based on the Vehicle's current condition. Attached as **Exhibit "1"** is a Kelly Blue Book value of the car in the range between $2,406 and $3,945.

6.  The Vehicle is eight (8) years old; has over 170,000 miles and is in fair condition.

7.  I would like to resume making the car payments after the Court determines the pending motion to partially void the Chase lien and reclassify it as partially secured and partially unsecured (the "Motion") that is included within the pending Chapter 13 Plan scheduled for confirmation on June 6, 2018.

8.  In light of the above, it is respectfully requested that the Court deny the motion for relief from stay and schedule an evidentiary hearing to determine the value of the Vehicle.

9.  I certify under penalty of perjury that the foregoing is true and correct.

DATED: May 9, 2018                    /s/Maureen Devine
                                      MAUREEN DEVINE

# EXHIBIT 1

5/8/2018     2010 GMC Terrain SLE Sport Utility 4D Trade In Values | Kelley Blue Book

Home > What's My Car Worth > Style > Options & Condition > SLE Sport Utility 4D



**Trade-In Range**
**$2,406 - $3,945**
Trade-In Value
**$3,176**

Important info & definitions

Track this car's values

**TRADE-IN VALUE**

This estimated value helps you confidently negotiate with dealers.

Average Time to Trade-In:

**1-7 DAYS**

Level of Effort:

Medium

See Overview of Values

Condition: Good
Valid for ZIP Code 07821 through 05/10/2018
**Overall Consumer Rating 7.7/10**
★ ★ ★ ★ ☆ 317 Ratings
Write a Review

## ② Trade Up to a New Car

Based on a 20% down payment

| 2018 Honda CR-V | 2018 Ford Edge | 2018 Chevrolet Equinox | 2018 Hyundai Santa Fe |
|---|---|---|---|
| $310 per month | $376 per month | $313 per month | $399 per month |

   

Estimated monthly payments based on the Blue Book® Fair Purchase Price for 72 months at 3.19% APR, a 20% down payment and 6.5% for tax and license. Estimated rates and monthly payments do not represent offers to sell vehicles or provide financing.

## ③ Shop for Your Next Car

Browse photos, read reviews, see pricing and more.

New ▾

Make ▾

Model ▾

Take a Look

**Similar Vehicles**



2018 Hyundai Santa Fe Sport     2018 Nissan Murano

2018 Lexus RX     2018 Kia Sportage

https://www.kbb.com/gmc/terrain/2010/sle-sport-utility-4d/?vehicleid=252643&intent=trade-in-sell&mileage=170000&pricetype=trade-in&options=6491642|true&conditi

More Shopping Tools                              presented by 

**All-New 2018 GMC Terrain Denali**

- Learn More
- Build & Price
- View Inventory

Advertisement

## New Car Price Quote

**3 Easy Steps!**
Step 1: Select a vehicle
Step 2: Find a dealer
Step 3: Get free quotes

GMC    |    Terrain

ZIP Code: 07821    Start

## Sellers Tools

**Give Buyers Confidence**
Show them a clean AutoCheck vehicle history report



**Refinance Your Car**
Compare loan offers from multiple lenders to see if you can lower your monthly payment



## Sellers Information

**10 Steps for Selling Your Car**
Our experts walk you through the steps. Get the Details

**How to Improve Resale Value**
Whether selling or trading in, get the most for your car with these tips. Watch video