Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  17−16939−RG
                                        Chapter:  13
                                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maureen A. Devine
   PO Box 911
   Andover, NJ 07821

Social Security No.:
   xxx−xx−5433

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/26/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 29, 2018
JAN: rah

                                                                                         Jeanne Naughton
                                                                                         Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey

In re:                                                             Case No. 17-16939-RG
Maureen A. Devine                                                  Chapter 13
      Debtor                       CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Jun 29, 2018
                              Form ID: 148                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db             +Maureen A. Devine,    PO Box 911,    Andover, NJ 07821-0911
r              +Harford Real Estate,    55 Trinity Street,    Newton, NJ 07860-1824
cr             +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3400
516750363      +American Web Loan,    2128 N. 14th Street,    Suite 1, #130,    Ponca City, OK 74601-1831
516750364      +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
516929263       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516750373     ++SENEX SERVICES CORP,    3333 FOUNDERS ROAD,    2ND FLOOR,    INDIANAPOLIS IN 46268-4932
                 (address filed with court: Senex Services Corp,     3333 Founders Rd,    2nd Floor,
                 Indianaoplis, IN 46268)
516750374      +Steven Dunne,    1007 Staghorn Lane,    Stroudsburg, PA 18360-8584
516750375      +US Bank Trust,    c/o Stern & Eisenberg PC,    1040 N. Kings Hwy., Suite 407,
                 Cherry Hill, NJ 08034-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2018 23:55:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2018 23:55:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516750365      +EDI: CAPITALONE.COM Jun 30 2018 03:34:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516933923       EDI: BL-BECKET.COM Jun 30 2018 03:35:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516750366      +EDI: CAUT.COM Jun 30 2018 03:33:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516750367      +EDI: WFNNB.COM Jun 30 2018 03:34:00      Comenity Bank/Avenue,   Po Box 182125,
                 Columbus, OH 43218-2125
516750368      +EDI: WFNNB.COM Jun 30 2018 03:34:00      Comenity Bank/OneStopPlus.com,    Po Box 182125,
                 Columbus, OH 43218-2125
516750369      +EDI: WFNNB.COM Jun 30 2018 03:34:00      Comenity Bank/Roamans,   Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
516750370      +EDI: WFNNB.COM Jun 30 2018 03:34:00      Comenitycapital/overst,    Comenity Bank,
                 Po Box 182125,    Columbus, OH 43218-2125
516750371      +EDI: RCSFNBMARIN.COM Jun 30 2018 03:34:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517464675      +EDI: CAUT.COM Jun 30 2018 03:33:00      JPMorgan Chase,    201 N. Central Ave. Ms,   Az1-1191,
                 Phoenix, AZ 85004-8001
516911122       EDI: CAUT.COM Jun 30 2018 03:33:00      JPMorgan Chase Bank, N.A.,    PO Box 29505,   AZ1-1191,
                 Phoenix, AZ 85038-9505
516750372      +EDI: CBSKOHLS.COM Jun 30 2018 03:34:00      Kohls/Capital One,   PO Box 3043,
                 Milwaukee, WI 53201-3043
516896216       EDI: RESURGENT.COM Jun 30 2018 03:34:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
516994961       EDI: PRA.COM Jun 30 2018 03:33:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516953407       EDI: Q3G.COM Jun 30 2018 03:35:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516750373      +E-mail/Text: bankruptcy@senexco.com Jun 29 2018 23:54:51     Senex Services Corp,
                 3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268
516865827      +EDI: AIS.COM Jun 30 2018 03:33:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517002635      U.S. Bank Trust N.A., as Trustee for LSF9 Master P
517079335      U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Caliber Home Loans
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 29, 2018
                               Form ID: 148             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
          Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
           alex@winstonandwinston.com
          Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeffrey W. Herrmann    on behalf of Debtor Maureen A. Devine jwh@njlawfirm.com,
           ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Mercedes  Diego    on behalf of Debtor Maureen A. Devine md@njlawfirm.com,  jwh@njlawfirm.com
          Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
           Participation Trust skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```