Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−16939−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maureen A. Devine
   PO Box 911
   Andover, NJ 07821

Social Security No.:
   xxx−xx−5433

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/19/18 at 10:30 AM

to consider and act upon the following:

**59** − Motion for Relief from Stay re: 2010 GMC Terrain (VIN: 2CTFLHEY9A6237324). Fee Amount $ 181. Filed by Aleksander P. Powietrzynski on behalf of JPMORGAN CHASE BANK, N.A.. Hearing scheduled for 5/16/2018 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification in Support of Motion # 2 Certification of Creditor Regarding Post Petition Payments # 3 Creditor's Certification of Facts # 4 Exhibits A−C # 5 Memorandum of Law # 6 Proposed Order # 7 Certification of Service) (Powietrzynski, Aleksander)

Dated: 8/22/18

                                               Jeanne Naughton
                                               Clerk, U.S. Bankruptcy Court