Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−16939−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maureen A. Devine
   PO Box 911
   Andover, NJ 07821

Social Security No.:
   xxx−xx−5433

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/19/18 at 10:30 AM

to consider and act upon the following:

*59* − Motion for Relief from Stay re: 2010 GMC Terrain (VIN: 2CTFLHEY9A6237324). Fee Amount $ 181. Filed by Aleksander P. Powietrzynski on behalf of JPMORGAN CHASE BANK, N.A.. Hearing scheduled for 5/16/2018 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification in Support of Motion # 2 Certification of Creditor Regarding Post Petition Payments # 3 Creditor's Certification of Facts # 4 Exhibits A−C # 5 Memorandum of Law # 6 Proposed Order # 7 Certification of Service) (Powietrzynski, Aleksander)

Dated: 8/22/18

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Maureen A. Devine  
    Debtor

Case No. 17-16939-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 22, 2018  
                      Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.  
db           +Maureen A. Devine,   PO Box 911,   Andover, NJ 07821-0911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:

        Aleksander P. Powietrzynski   on behalf of Creditor   JPMORGAN CHASE BANK, N.A.  
         alex@winstonandwinston.com  
        Denise E. Carlon   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Jeffrey W. Herrmann   on behalf of Debtor Maureen A. Devine jwh@njlawfirm.com,  
         ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Mercedes Diego   on behalf of Debtor Maureen A. Devine md@njlawfirm.com,   jwh@njlawfirm.com  
        Steven P. Kelly   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master  
         Participation Trust skelly@sterneisenberg.com,   bkecf@sterneisenberg.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                          TOTAL: 7