```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 39,574-0
```

**Order Filed on February 13, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

　MAUREEN A. DEVINE,

　　　　　　　Debtor.

Case No. 17-16939 (RG)

Chapter 13

Judge: Rosemary Gambardella

**CONSENT ORDER BIFURCATING JPMORGAN CHASE BANK NA'S CLAIM**

The relief set forth on the following page,
numbered two (2) is hereby **ORDERED.**

**DATED: February 13, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Debtor:**         Maureen A. Devine
**Case No.:**       17-16939
**Caption of Order:**   Consent Order Birfurcating JPMorgan Chase Bank N.A.'s Claim

---

This matter having been brought before the Court by Mercedes Diego, Esq., Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys for Debtor, Maureen A. Devine, upon consent from Aleksander Powietrzynski, Esq., Winston & Winston, attorneys for secured creditor JPMorgan Chase Bank, N.A. ("JPMorgan") and the parties thereafter having conferred and consented to the entry of this order; and for good cause shown:

**ORDERED** as follows:

1. Debtor shall pay JPMorgan's claim in the amount of $6,850.00 at 5% interest through the plan, as the secured portion of its claim regarding debtor's 2010 GMC Terrain, VIN 2CTFL HEY9A 62373 24, through her Chapter 13 Plan. The remaining balance due on JPMorgan's loan will be considered unsecured and paid *pro rata* among all unsecured creditors through the Plan.

2. This Order shall be incorporated into and become a part of any Order Confirming Plan in this matter.

| | |
|---|---|
| **Debtor:** | Maureen A. Devine |
| **Case No.:** | 17-16939 |
| **Caption of Order:** | Consent Order Birfurcating JPMorgan Chase Bank N.A.'s Claim |

We hereby consent to the form and entry of the within Order.

| | |
|---|---|
| COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP<br>Attorneys for Debtor | WINSTON & WINSTON, P.C.<br>Attorneys for Creditor, JPMorgan Chase Bank, N.A. |
| By: /s/Jeffrey W. Herrmann<br>    Jeffrey W. Herrmann<br>    A Member of the Firm | By: /s/Aleksander Powietrzynski<br>    Aleksander Powietrzynski |
| Dated: February 4, 2019 | Dated: February 4, 2019 |