**Order Filed on February 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 39,574-0
```

```
In Re:

 MAUREEN A. DEVINE,


                Debtor.
```

Case No. 17-16939 (RG)

Chapter 13

Judge: Rosemary Gambardella

**CONSENT ORDER BIFURCATING JPMORGAN CHASE BANK NA'S CLAIM**

The relief set forth on the following page,
numbered two (2) is hereby **ORDERED.**

**DATED: February 13, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Debtor:**          Maureen A. Devine
**Case No.:**        17-16939
**Caption of Order:** Consent Order Birfurcating JPMorgan Chase Bank N.A.'s Claim

---

This matter having been brought before the Court by Mercedes Diego, Esq., Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys for Debtor, Maureen A. Devine, upon consent from Aleksander Powietrzynski, Esq., Winston & Winston, attorneys for secured creditor JPMorgan Chase Bank, N.A. ("JPMorgan") and the parties thereafter having conferred and consented to the entry of this order; and for good cause shown:

**ORDERED** as follows:

1. Debtor shall pay JPMorgan's claim in the amount of $6,850.00 at 5% interest through the plan, as the secured portion of its claim regarding debtor's 2010 GMC Terrain, VIN 2CTFL HEY9A 62373 24, through her Chapter 13 Plan. The remaining balance due on JPMorgan's loan will be considered unsecured and paid *pro rata* among all unsecured creditors through the Plan.

2. This Order shall be incorporated into and become a part of any Order Confirming Plan in this matter.

|  |  |
|---|---|
| **Debtor:** | Maureen A. Devine |
| **Case No.:** | 17-16939 |
| **Caption of Order:** | Consent Order Birfurcating JPMorgan Chase Bank N.A.'s Claim |

We hereby consent to the form and entry of the within Order.

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP                WINSTON & WINSTON, P.C.
Attorneys for Debtor                 Attorneys for Creditor,
                                     JPMorgan Chase Bank, N.A.


By: /s/Jeffrey W. Herrmann           By: /s/Aleksander Powietrzynski
    Jeffrey W. Herrmann                  Aleksander Powietrzynski
    A Member of the Firm

Dated: February 4, 2019              Dated: February 4, 2019

United States Bankruptcy Court
District of New Jersey

In re:  
Maureen A. Devine  
    Debtor

Case No. 17-16939-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 13, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.  
db         +Maureen A. Devine,    PO Box 911,    Andover, NJ 07821-0911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2019 at the address(es) listed below:

         Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com  
         Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jeffrey W. Herrmann    on behalf of Debtor Maureen A. Devine jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Mercedes Diego    on behalf of Debtor Maureen A. Devine md@njlawfirm.com,    jwh@njlawfirm.com  
         Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust skelly@sterneisenberg.com,    bkecf@sterneisenberg.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                      TOTAL: 7