Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 17–16939–RG
                              Chapter: 13
                              Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maureen A. Devine
   PO Box 911
   Andover, NJ 07821

Social Security No.:
   xxx–xx–5433

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on July 26, 2017.

    On 2/25/19 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                  March 20, 2019
Time:                 08:30 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 26, 2019
JAN: wdh

                                                                                       Jeanne Naughton
                                                                                       Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 17-16939-RG
Maureen A. Devine                                           Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Feb 26, 2019
                              Form ID: 185             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2019.
db             +Maureen A. Devine,    PO Box 911,    Andover, NJ 07821-0911
r              +Harford Real Estate,    55 Trinity Street,    Newton, NJ 07860-1824
cr             +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,      Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3403
516750363      +American Web Loan,    2128 N. 14th Street,    Suite 1, #130,    Ponca City, OK 74601-1831
516750364      +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
516933923       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516929263       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,     P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516750374      +Steven Dunne,    1007 Staghorn Lane,    Stroudsburg, PA 18360-8584
516750375      +US Bank Trust,    c/o Stern & Eisenberg PC,    1040 N. Kings Hwy., Suite 407,
                 Cherry Hill, NJ 08034-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2019 00:03:55       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2019 00:03:53       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516750365      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2019 00:06:46       Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516750366      +E-mail/Text: bk.notifications@jpmchase.com Feb 27 2019 00:03:41       Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516750367      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2019 00:03:40       Comenity Bank/Avenue,
                 Po Box 182125,    Columbus, OH 43218-2125
516750368      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2019 00:03:40
                 Comenity Bank/OneStopPlus.com,    Po Box 182125,    Columbus, OH 43218-2125
516750369      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2019 00:03:40       Comenity Bank/Roamans,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516750370      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2019 00:03:40       Comenitycapital/overst,
                 Comenity Bank,   Po Box 182125,    Columbus, OH 43218-2125
516750371      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2019 00:08:13       Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517464675      +E-mail/Text: bk.notifications@jpmchase.com Feb 27 2019 00:03:41       JPMorgan Chase,
                 201 N. Central Ave. Ms,    Az1-1191,    Phoenix, AZ 85004-8001
516911122       E-mail/Text: bk.notifications@jpmchase.com Feb 27 2019 00:03:41       JPMorgan Chase Bank, N.A.,
                 PO Box 29505,    AZ1-1191,    Phoenix, AZ 85038-9505
516750372      +E-mail/Text: bncnotices@becket-lee.com Feb 27 2019 00:02:56       Kohls/Capital One,
                 PO Box 3043,    Milwaukee, WI 53201-3043
516896216       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2019 00:07:33       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
516994961       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2019 00:06:48
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,     POB 41067,
                 Norfolk VA 23541
516953407       E-mail/Text: bnc-quantum@quantum3group.com Feb 27 2019 00:03:46
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516750373      +E-mail/Text: bankruptcy@senexco.com Feb 27 2019 00:02:41       Senex Services Corp,
                 3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268
516865827      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2019 00:07:00       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517002635      U.S. Bank Trust N.A., as Trustee for LSF9 Master P
517079335      U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Caliber Home Loans
                                                                                       TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2              Date Rcvd: Feb 26, 2019
                               Form ID: 185                 Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2019 at the address(es) listed below:
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey W. Herrmann    on behalf of Debtor Maureen A. Devine jwh@njlawfirm.com,
               ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Mercedes Diego     on behalf of Debtor Maureen A. Devine md@njlawfirm.com,    jwh@njlawfirm.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```