**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maureen A. Devine | Social Security number or ITIN  xxx–xx–5433 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  17–16939–RG

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Maureen A. Devine

9/21/21

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 17-16939-RG

Maureen A. Devine                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                          Page 1 of 3

Date Rcvd: Sep 21, 2021                     Form ID: 3180W                        Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maureen A. Devine, PO Box 911, Andover, NJ 07821-0911 |
| r | + | Harford Real Estate, 55 Trinity Street, Newton, NJ 07860-1879 |
| cr | + | U.S. Bank Trust, N.A., as Trustee for LSF9 Master, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 516750363 | + | American Web Loan, 2128 N. 14th Street, Suite 1, #130, Ponca City, OK 74601-1831 |
| 516750364 | + | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 517464675 | ++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774 address filed with court:, JPMorgan Chase, 201 N. Central Ave. Ms, Az1-1191, Phoenix, AZ 85004 |
| 516750374 | + | Steven Dunne, 1007 Staghorn Lane, Stroudsburg, PA 18360-8584 |
| 516750375 | + | US Bank Trust, c/o Stern & Eisenberg PC, 1040 N. Kings Hwy., Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516750365 | + | EDI: CAPITALONE.COM | Sep 22 2021 00:28:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516933923 | | EDI: BL-BECKET.COM | Sep 22 2021 00:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516750366 | + | EDI: CHASEAUTO | Sep 22 2021 00:28:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004-1071 |
| 516750367 | + | EDI: WFNNB.COM | Sep 22 2021 00:28:00 | Comenity Bank/Avenue, Po Box 182125, Columbus, OH 43218-2125 |
| 516750368 | + | EDI: WFNNB.COM | Sep 22 2021 00:28:00 | Comenity Bank/OneStopPlus.com, Po Box 182125, Columbus, OH 43218-2125 |
| 516750369 | + | EDI: WFNNB.COM | Sep 22 2021 00:28:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 516750370 | + | EDI: WFNNB.COM | Sep 22 2021 00:28:00 | Comenitycapital/overst, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 516750371 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2021 20:37:38 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516929263 | | EDI: JPMORGANCHASE | Sep 22 2021 00:28:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX 76101-2032 |
| 516911122 | | EDI: CHASEAUTO | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: 3180W | Total Noticed: 26 |

|  |  |  | Sep 22 2021 00:28:00 | JPMorgan Chase Bank, N.A., PO Box 29505, AZ1-1191, Phoenix, AZ 85038-9505 |
|---|---|---|---|---|
| 516750372 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 21 2021 20:27:00 | Kohls/Capital One, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516896216 |  | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2021 20:37:38 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516994961 |  | EDI: PRA.COM | Sep 22 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516953407 |  | EDI: Q3G.COM | Sep 22 2021 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516750373 | + | Email/Text: bankruptcy@senexco.com | Sep 21 2021 20:27:00 | Senex Services Corp, 3333 Founders Rd, 2nd Floor, Indianaoplis, IN 46268-4932 |
| 516865827 | + | EDI: AIS.COM | Sep 22 2021 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517002635 |  | U.S. Bank Trust N.A., as Trustee for LSF9 Master P |
| 517079335 |  | U.S. Bank Trust, N.A., as Trustee for LSF9 Master, c/o Caliber Home Loans |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2021                Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK  N.A. alex@winstonandwinston.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey W. Herrmann | on behalf of Debtor Maureen A. Devine jwh@njlawfirm.com ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2

User: admin

Page 3 of 3

Date Rcvd: Sep 21, 2021

Form ID: 3180W

Total Noticed: 26

Mercedes Diego

on behalf of Debtor Maureen A. Devine md@njlawfirm.com  jwh@njlawfirm.com

Steven P. Kelly

on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust skelly@sterneisenberg.com,
bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7